JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL ESPARZA, | Case No.: 2:18-CV-09237-~~CAS~~(ASx) MWF |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION |
| v. | |
| LVNV FUNDING, LLC, | |
| Defendant | |

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

1     IT IS HEREBY ORDERED that the Complaint and any and all claims for relief
2 in the above-entitled action are hereby dismissed with prejudice.
3     IT IS FURTHER ORDERED that each party shall bear its own costs and
4 attorneys' fees.

6 IT IS SO ORDERED.

8 DATED: November 29, 2018_____, 2018

*[signature: Michael W. Fitzgerald]*
-------------------------------------------
Honorable Michael W. Fitzgerald
~~Honorable Christian A. Snyder~~
United States District Judge

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071